JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BARCLAY,<br><br>                Plaintiff,<br><br>                v.<br><br>CITY OF SANTA ANA CALIFORNIA, ET AL.,<br><br>                Defendant(s). | Case No. SA CV 13-0668-DOC (KK)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

The Court, having considered the Stipulation for Voluntary Dismissal of Action filed by the parties on June 24, 2019, approves the stipulation. Therefore, the entire action is hereby dismissed without prejudice, each party to bear its own costs and fees.

Dated: June 24, 2019

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge